IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                            CHAPTER 7
SHARONDA T WATTS
Debtor                                        CASE NO.: 11-00214-CPM
_____/

**SECOND REPORT AND NOTICE OF INTENT TO
SELL PROPERTY OF THE ESTATE**

TO: Creditors, Debtor(s) and Parties in Interest:

**\*\*\*IMPORTANT NOTICE TO ALL CREDITORS AND INTERESTED PARTIES\*\*\***

**WRITTEN OBJECTIONS TO THE REPORT, IF ANY, ARE TO BE FILED WITH THE CLERK, U.S. BANKRUTPCY COURT, 801 N. FLORIDA AVE., #555, TAMPA, FLORIDA 33602, AND SERVE COPIES ON THE U.S. TRUSTEE, 501 E. POLK ST., SUITE 1200, TAMPA, FL 33602 TRUSTEE, NICOLE M. CAMERON, 235 APOLLO BEACH BLVD., #231, APOLLO BEACH, FL 33572.**

**THE OBJECTION TO THE SALE SHALL STATE THE REASONS FOR THE OBJECTION AND SHALL INCLUDE A REQUEST FOR A HEARING ON THE OBJECTION. IF NO OBJECTION IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE TRUSTEE WILL COMPLETE THIS SALE ON THE TERMS SET FORTH BELOW WITHOUT FURTHER NOTICE OF HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 6004-1**

     NICOLE M. CAMERON, the Trustee duly appointed and acting for the above-captioned estate, reports that she intends to sell on November 1, 2011, the following property of the Debtor, under the terms and conditions set forth below.

1. Description of Property: Real Property Described as The Northern 20' of Lot 17 & the Southern 11' of Lot 18, Crosswhite's Subdivision, Block 3807 EB of the City of St. Louis on the East Line of Granville Place by a Depth Eastwardly of 118', more or less to an alley and Located at 1392 Granville Place, St. Louis MO. Parcel ID#3807-08-01400.

2. Manner of Sale: Public Auction by Bay Area Auction Services, Inc.
                       8010 US Hwy 19 N., Pinellas Park, FL

   For more information call: Shondra L. Farner, (727) 548-9303

3. Place of Auction: 8010 US Hwy. 19 N, Pinellas, Park, FL

4. Time of Auction: November 1, 2011 at 6:30 pm

5. Terms of Sale: Cash or cashier's check

   A. To: Highest Bidder
   B. Sale Price: Highest bid
   C. All right, title and interest of bankruptcy estate, if any.
   D. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind.


Date: <u>October 10, 2011</u>

                                            __/s/ Nicole M. Cameron_____
                                            Nicole M. Cameron, Esq.
                                            235 Apollo Beach Blvd., #231
                                            Apollo Beach, FL 33572
                                            (813) 645-8787
                                            FBN: 0036860
                                            Attorney for Trustee
                                            trustee@tampabay.rr.com